**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric S. Goodnack                                                    CHAPTER 13
                          Debtor(s)

                                                                                        BKY. NO. 22-21278 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank Trust National Association., Not In Its Individual Capacity But Solely As Trustee of LSF9 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
15 Aug 2022, 13:15:16, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)     ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com