**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 22-21278-GLT** |
| **Eric S. Goodnack** | **CHAPTER 13** |
| **Debtor.** | |
| _____/ | |

## REQUEST TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"), the undersigned hereby requests to withdraw the following document:

**Transfer of Claim filed on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association (Doc. #43), filed on October 31, 2022.**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100,
    Boca Raton, FL 33487
    Telephone: 470-321-7112

By: /s/ Charles G. Wohlrab
    Charles G. Wohlrab, Esq.
    Email: cwohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERIC S. GOODNACK
714 SHAW AVENUE
PITTSBURGH, PA 15146

And via electronic mail to:

CHARLES LAPUTKA
LAPUTKA LAW OFFICE LLC
1344 W HAMILTON ST
ALLENTOWN, PA 18102

RONDA J. WINNECOUR
SUITE 3250,
USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE,
SUITE 970
PITTSBURGH, PA 15222

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100,
Boca Raton, FL 33487
Telephone: 470-321-7112

By: /s/ Charles G. Wohlrab
    Charles G. Wohlrab, Esq.
Email: cwohlrab@raslg.com