FILED
11/8/22 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                    CASE NO.: 22-21278-GLT
    Eric S. Goodnack                                      CHAPTER 13
    Debtor.
_____/          Related to Docket No. 46

### REQUEST TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"), the undersigned hereby requests to withdraw the following document:

**Transfer of Claim filed on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association (Doc. #43), filed on October 31, 2022.**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            6409 Congress Ave., Suite 100,
                                            Boca Raton, FL 33487
                                            Telephone: 470-321-7112

                                            By: /s/ Charles G. Wohlrab
                                                  Charles G. Wohlrab, Esq.
                                                  Email: cwohlrab@raslg.com

SO ORDERED
November 08, 2022

*[signature]*
drb

<u>**CERTIFICATE OF SERVICE**</u>

   **I HEREBY CERTIFY** that on November 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERIC S. GOODNACK
714 SHAW AVENUE
PITTSBURGH, PA 15146

And via electronic mail to:

CHARLES LAPUTKA
LAPUTKA LAW OFFICE LLC
1344 W HAMILTON ST
ALLENTOWN, PA 18102

RONDA J. WINNECOUR
SUITE 3250,
USX TOWER
 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE,
SUITE 970
PITTSBURGH, PA 15222

                **Robertson, Anschutz, Schneid, Crane &**
                **Partners, PLLC**
                Authorized Agent for Secured Creditor
                6409 Congress Ave., Suite 100,
                Boca Raton, FL 33487
                Telephone: 470-321-7112

                By: <u>/s/ Charles G. Wohlrab</u>
                  Charles G. Wohlrab, Esq.
                Email: cwohlrab@raslg.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21278-GLT |
| Eric S. Goodnack | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric S. Goodnack, 714 Shaw Avenue, Pittsburgh, PA 15146-4593 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association. Not In Its Individual Capacity But Solely As Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association bnicholas@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor Eric S. Goodnack claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey Hunt | |

on behalf of Creditor Gateway School District jhunt@grblaw.com   skrizanic@grblaw.com;ecfweiss@grblaw.com

Jeffrey R. Hunt
   on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
   on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNER TRUST  SERIES C seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11