2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 22-21278-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Eric S. Goodnack
714 Shaw Avenue
Pittsburgh PA 15146

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/09/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: Headlands Residential Series Owner Trust Series C, c/o BSI Financial Services, Inc., 1425 Greenway Drive, #400, Irving, TX 75038

Name and Address of Transferee:

U.S. Bank Trust National Association
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/12/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21278-GLT |
| Eric S. Goodnack | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15513003 | + Email/Text: bankruptcy@bsifinancial.com | Nov 11 2022 00:01:00 | Headlands Residential Series Owner Trust Series C, c/o BSI Financial Services, Inc., 1425 Greenway Drive, #400, Irving, TX 75038-2480 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank Trust National Association.  Not In Its Individual Capacity But Solely As Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank Trust National Association bnicholas@kmllawgroup.com |
| Charles Laputka | |
| | on behalf of Debtor Eric S. Goodnack claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 10, 2022 | Form ID: trc | Total Noticed: 1 |

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey Hunt
    on behalf of Creditor Gateway School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
    on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNER TRUST  SERIES C seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11