**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                                  CASE NO.: 22-21278-GLT
                                                                                                                                                 CHAPTER 13

Eric S. Goodnack,
   Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Attorney for Secured Creditor
                                                130 Clinton Rd #202
                                                Fairfield, NJ 07004
                                                Telephone: 470-321-7112

                                                By: _/s/Charles Wohlrab_
                                                      Charles Wohlrab, Esquire
                                                      Pennsylvania Bar No. 314532
                                                      Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

ERIC S. GOODNACK
714 SHAW AVENUE
PITTSBURGH, PA 15146

And via electronic mail to:

LAPUTKA LAW OFFICE LLC
1344 W HAMILTON ST
ALLENTOWN, PA 18102

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Brianna Carr