FILED
6/5/23 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| ERIC S. GOODNACK | ) | BANKRUPTCY CASE NO. 22-21278 |
| Debtor | ) | |
| | ) | MOTION NO. |
| PEOPLES NATURAL GAS COMPANY, LLC | ) | CHAPTER 13 |
| Movant, | ) | |
| vs. | ) | Related to Docket No. 56 |
| ERIC S. GOODNACK, and RONDA J. WINNECOUR, ESQUIRE, Trustee | ) | |
| Respondents. | ) | |

ORDER OF COURT

AND NOW, to-wit, this _5th Day of June _, 2023, the Motion of the Peoples Natural Gas Company, LLC, to Allow Claims [Dkt. No. 56] is DENIED as being MOOT as this case has been Dismissed on 6/5/2023.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21278-GLT |
| Eric S. Goodnack | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eric S. Goodnack, 714 Shaw Avenue, Pittsburgh, PA 15146-4593 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ebnpeoples@grblaw.com | Jun 06 2023 00:22:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association. Not In Its Individual Capacity But Solely As Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association bnicholas@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor Eric S. Goodnack claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Jeffrey Hunt
    on behalf of Creditor Gateway School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
    on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNER TRUST  SERIES C seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 12